GEORGE HOTIS, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued January 13, 1890; decided January 21, 1890.)

MOTION for leave to discontinue appeal.

*Amasa J. Parker, Jr.,* for motion.

*Hamilton Harris* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.